NATIONAL LABOR RELATIONS
BOARD, Petitioner,

v.

Frank MACKNEISH, Industrial Fabricat-
ing, Inc., Industrial & Foundry Sales,
Inc., Unified Industries, Inc., Pressed
Steel Flasks, Inc., and Paragon Indus-
tries, Inc., Respondents.

No. 13796.

United States Court of Appeals
Sixth Circuit.

Nov. 9, 1959.

Thomas J. McDermott, Washington,
D. C., argued by William Avrutis, Wash-
ington, D. C., for petitioner.

David Colman, Detroit, Mich., Joseph
V. Wilcox, Albion, Mich., argued by
David Colman, Detroit, Mich., for re-
spondent.

Before McALLISTER, Chief Judge,
and SIMONS and CECIL, Circuit Judg-
es.

PER CURIAM.

The National Labor Relations Board
found that respondents, in this case, by
lockout, permanent shutdown, transfer
of operations, and refusal to negotiate
with the Union involved, concerning
grievances, had violated Section 8(a) (5)
(3) and (1) of the National Labor Rela-
tions Act as amended, 29 U.S.C.A. § 158
(a) (1, 3, 5); and that respondents
Mackneish and Industrial Fabricating,
Inc., had, by discrimination, failed to re-
call three employees, and had discharged
two other employees in violation of Sec-
tion 8(a) (3) and (1) of the Act.

■■■ The testimony, introduced on
behalf of the opposing parties, was in
conflict. The issue is essentially one of
fact; and determination of the facts,
and the inferences to be drawn there-
from are for the Board. A review of the
copious record discloses that the Board's
findings were supported by substantial
evidence on the record, considered as a
whole.

The petition of the Board for enforcement of its order is, accordingly, granted, and a decree enforcing the order will, therefore, be granted.